UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
November 14, 2012
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:03CR00527 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JAMES KIVEN GOLDSMITH, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JAMES KIVEN GOLDSMITH, Case No. 2:03CR00527, Charge 18:3606 - Violation of Supervised Release, from custody for the following reasons:

    __X__    Release on Personal Recognizance

    ___    Bail Posted in the Sum of $___

            ___    Unsecured Appearance Bond

            ___    Appearance Bond with 10% Deposit

            ___    Appearance Bond with Surety

            ___    Corporate Surety Bail Bond

            ___    (Other) ___

Issued at  Sacramento, CA  on  November 14, 2012  at  9:35 am  .

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal